IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAMRAN KHAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| OCWEN FINANCIAL CORP., et al. | : | NO. 16-3292 |

## ORDER

**AND NOW**, this 13th day of February, 2017, upon consideration of Defendants Ocwen Financial Corporation, Ocwen Loan Servicing LLC, One West Bank, and U.S. Bank's Motion to Dismiss for Failure to State a Claim (Docket No. 8), and Plaintiff's opposition thereto, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. The Motion to Dismiss is **GRANTED**.

2. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

3. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

/s/ John R. Padova, J.
_____
John R. Padova, J.